UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

George A. Castor, Jr.,

Petitioner,

v.

Warden, Ross,
Correctional Institution,

Respondent.

Case No. 2:16-cv-50
Judge Michael H. Watson
Magistrate Judge King

## ORDER

On April 13, 2017, Magistrate Judge King issued a Report and Recommendation ("R&R") recommending that the claims asserted in this action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed as either procedurally defaulted or without merit. R&R, ECF No. 13. The parties were advised of their right to object to the R&R and of the consequences of failing to do so. Neither party has objected.

The R&R, ECF No. 13, is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**. The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** and terminate the case.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT